UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **Super Emeryville, LLC,** a California Limited Liability Company, <br><br> Defendants. | Case: 4:21-cv-03090-DMR <br><br> **ORDER GRANTING JOINT STIPULATION** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT: The parties are relieved from their obligation to conduct the joint site inspection under General Order No. 56. All dates based on the site inspection shall be recalculated as of the date of this Order.

IT IS SO ORDERED.

Dated: December 3, 2021        _____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE